IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC
SEP 25 2015
US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES OF AMERICA

v.

CYNTHIA TERESA HARLAN
TYREE CRAIG JONES
CLAUDE BERNARD MCRAE

3:15CR226

**UNSEALING ORDER**

**ORDER UNSEALING**

Upon motion of the United States, it is hereby ORDERED that this matter be unsealed.

_____
David C. Keesler
UNITED STATES MAGISTRATE JUDGE