UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cr-00226-FDW-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) ) ) ORDER |
| (2) TYREE CRAIG JONES, | ) ) |
| Defendant. | ) ) |

THIS MATTER is before the Court on Defendant's pro se Motion to Reduce Sentence Pursuant to the First Step Act and Motion for Release from Custody. (Docs. Nos. 193, 194).

The Court hereby ORDERS the Government to respond to Defendant's motions. The Government shall have **sixty (60) days** from the date of this Order to file its response with the Court.

IT IS SO ORDERED.

Signed: April 21, 2020

Frank D. Whitney
Chief United States District Judge

1