UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cr-00226-FDW-DSC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| (2) TYREE CRAIG JONES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court on Defendant's pro se Motion to Supplement his Motion for Compassionate Release (Doc. No. 196).

Defendant's Motion to Supplement is GRANTED. The Government is instructed that Defendant's supplement is to be treated as part of his Motion for Release from Custody (Doc. No. 194) for purposes of the Government's forthcoming Response to the latter motion.

IT IS SO ORDERED.

Signed: May 6, 2020

Frank D. Whitney
Chief United States District Judge

1